# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **4:05CV3093** |
| | ) | |
| v. | ) | |
| | ) | |
| **JOHN M. OBERUCH, JR., et al.,** | ) | **ORDER** |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

This matter is before the magistrate judge for full pretrial supervision. Plaintiff has filed a Suggestion of Bankruptcy advising that defendant Oberuch has filed a petition for relief under Chapter 7 of the Bankruptcy Code in the U.S. Bankruptcy Court for the District of New Mexico. Under NEGenR 1.5(a), "All cases under Title 11 of the United States Code, and all proceedings arising under such Title 11, or arising in or related to a case under Title 11, are referred to the bankruptcy court of this district pursuant to 28 U.S.C. § 157."

**IT IS ORDERED:**

1. Pursuant to NEGenR 1.5(a) this case is referred to the United States Bankruptcy Court for the District of Nebraska;

2. This case shall be terminated for statistical purposes by the Clerk of the Court for the District of Nebraska;

3. The Clerk of the Court for the District of Nebraska shall transmit the court file to the Clerk of the Bankruptcy Court for the District of Nebraska.

**DATED June 14, 2005.**

> **BY THE COURT:**
>
> s/ F.A. Gossett
> **United States Magistrate Judge**