```
                    UNITED STATES BANKRUPTCY COURT
                     FOR THE DISTRICT OF NEBRASKA

IN THE MATTER OF:            )
JOHN M. OBERUCH, JR.,        )     CASE NO. BK05-13464-m7
                             )     (District of New Mexico)
            Debtor(s)        )
UNITED STATES OF AMERICA,    )
                             )            A05-4040
                             )
            Plaintiff(s)     )
vs.                          )
JOHN M. OBERUCH, JR.,        )
BLUE VALLEY COMMUNITY ACTION,)
                             )
            Defendant(s)     )
```

## ORDER

This case was transferred from the District Court because of the filing of a Chapter 7 Bankruptcy Case in New Mexico by John M. Oberuch, Jr.

Defendant has received a discharge in his Chapter 7 case in the District of New Mexico. This case should now be transferred to the District Court for completion of the foreclosure case.

DATED: September 2, 2005

                                        BY THE COURT:

                                        /s/Timothy J. Mahoney
                                        UNITED STATES BANKRUPTCY JUDGE


Notice Provided to:
U. S. Trustee
*Paul D. Boeshart
Robert L. Homan
John M. Oberuch, Jr.
Blue Valley Community Action
Office of General Counsel USDA - Rural Development